FILED UNDER SEAL 

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
ENTERED

MAY 17 2000

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MICHAEL N. MILBY, CLERK OF COURT

| | | |
|---|---|---|
| SOUTHERN CLAY PRODUCTS, INC., | ) | |
| Plaintiff, | ) ) | Civil Action No. H 98 1756 |
| v. | ) ) | Judge Kenneth Hoyt |
| | ) | Magistrate Judge Calvin Botley |
| UNITED CATALYSTS INC., | ) ) | HIGHLY CONFIDENTIAL |
| | ) | ATTORNEYS' EYES ONLY |
| Defendant. | ) | |

## ORDER

Pending before the Court is the Plaintiff's Fourth Motion In Limine: To Preclude Improper Testimony From UCI's "Patent Expert". The Court, having reviewed the motion and the Defendant United Catalysts, Inc.'s ("UCI") Response, finds that the motion has merit. It is, therefore,

**ORDERED** that Southern Clay's Motion is **granted**. Further it is

**ORDERED** that UCI's witness John R. Kirk, Jr. shall not testify about the validity of Southern Clay's patents-in-suit.

**ORDERED** that Mr. Kirk shall not give his interpretation of Southern Clay's patent claims.

**ORDERED** that Mr. Kirk shall not give testimony constituting legal conclusions as to the "duty of disclosure," "materiality," "intent," or "inequitable conduct."

**ORDERED** that Mr. Kirk shall not testify as to what any Patent Office examiner knew, believed, or thought.

**ORDERED** that Mr. Kirk shall not testify as to what Southern Clay's patent attorney or inventors knew, believed, thought, or intended.

**ORDERED** that, in view of the exclusion of improper testimony from Mr. Kirk set forth above and the opinions provided in Mr. Kirk's Expert Report, Mr. Kirk's testimony at trial shall be limited to Patent Office procedures.

The Clerk of Court shall file this Order and provide the parties with a true copy.

**SIGNED** at Houston, Texas, on this 16th day of May, 2000.

_____
United States Judge